[No. 42680-3-II.   Division Two.   April 9, 2013.]

BRODERICK HAGSETH, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-2-01461-1, James W. Lawler, J., entered September 9, 2011. *Reversed* and *remanded* by unpublished opinion per Worswick, C.J., concurred in by Van Deren and Penoyar, JJ.

[No. 43220-0-II.   Division Two.   April 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK P. MCGLONE, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 11-1-00050-6, Michael J. Sullivan, J., entered March 9, 2012. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt and Bjorgen, JJ.

[No. 30302-1-III.   Division Three.   April 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP SHERMAN INGRAM, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 11-1-00011-4, John W. Lohrmann, J., entered September 8, 2011. *Remanded with instructions* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30400-1-III.   Division Three.   April 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMISON WAYNE LANG, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-02741-7, Tari S. Eitzen, J., entered October 18, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Sweeney, J.